PAUL V. SIMPSON, BAR NO. 83878
JAMIE RUDMAN, BAR NO. 166727
SIMPSON, GARRITY & INNES
Professional Corporation
651 Gateway Boulevard, Suite 1050
South San Francisco, CA  94080
Telephone:  (650) 615-4860
Fax:  (650) 615-4861

**E-filed 7/19/05**

Attorneys for Applicant
St. Francis Electric

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| St. Francis Electric,<br><br>　　　　　　　Applicant,<br><br>　　v.<br><br>International Brotherhood of Electrical Workers, Local No. 332,<br><br>　　　　　　　Respondent. | Case No.  C 05-00877 JF (PVT)<br><br>**DISMISSAL OF ACTION**<br>　AND ORDER |

　　　　NOTICE IS HEREBY GIVEN, that pursuant to Federal Rules of Civil Procedure 41(a)(1), Applicant hereby dismisses the above-captioned matter without prejudice.

Date:  June 28, 2005　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　SIMPSON, GARRITY & INNES
　　　　　　　　　　　　　　　　　　　　Professional Corporation

　　　　　　　　　　　　　　　　　　　　By: *Paul V. Simpson*
　　　　　　　　　　　　　　　　　　　　　　PAUL V. SIMPSON
　　　　　　　　　　　　　　　　　　　　　　JAMIE RUDMAN
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Applicant
　　　　　　　　　　　　　　　　　　　　　　St. Francis Electric

7/19/05 IT IS SO ORDERED.　　　　　Judge Jeremy Fogel /s/electronic signature
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

{R:\WDOX\CLIENTS\10277\9\00049855.DOC}　　　　　　　　　　　　　　　　　　　　　- 1 -
DISMISSAL OF ACTION

## PROOF OF SERVICE BY MAIL

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is Simpson, Garrity & Innes, Professional Corporation, 651 Gateway Boulevard, Suite 1050, South San Francisco, CA 94080.

On the date indicated below, I served by mail a true copy of the following documents:

## DISMISSAL OF ACTION

I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business. The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at South San Francisco, California.

Mark S. Renner, Esq.
Wylie, McBride, Jesinger, Platten & Renner
2125 Canoas Garden Avenue, Suite 120
San Jose, CA 95125

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 30, 2005, at South San Francisco, California.

*Tracy Kecskemeti*
Tracy Kecskemeti